THE STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ALBERT BACSKO, DEFENDANT-PETITIONER.

*Mr. Frederick Klaessig* for the petitioner.

*Mr. Edward J. Dolan* and *Mr. Richard S. Cohen* for the respondent.

October 18, 1966. Granted.

MARK ANTHONY OLIVER, *ET ALS.*, PLAINTIFFS-PETITIONERS, v. JAMES JANDORA, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Cohn & Lifland* and *Mr. Daniel Crystal* for the petitioners.

*Messrs. Stalter, Doan & DeYoe* for the respondents.

October 4, 1966. Denied.

JACOB LAVITZ, PLAINTIFF-RESPONDENT, v. DEPARTMENT OF CIVIL SERVICE, STATE OF NEW JERSEY, DEFENDANT-PETITIONER.

*Mr. Arthur J. Sills* and *Mr. Morton Anekstein* for the petitioner.

*Messrs. Craner & Brennan* for the respondent.

October 4, 1966. Denied.